1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NEXIS RENE GOMEZ,                          No.  2:15-cv-2523 KJN P

12                   Plaintiff,

13          v.                                  ORDER

14   D. BRAUN, et al.,

15                   Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel.  Plaintiff alleges that in early

18   2012, Dr. Braun and Dr. Majumdar were deliberately indifferent to plaintiff's serious mental

19   health needs, and delayed mental health care for the same, in violation of the Eighth Amendment,

20   resulting in plaintiff's suicide attempt on February 29, 2012.  Both defendants signed waivers of

21   service of summons, which were filed by the U.S. Marshal on June 22, 2016.

22          On June 27, 2016, this case was referred to the post-screening ADR project and stayed for

23   90 days.  On July 28, 2016, defense counsel filed a motion for extension of time regarding the

24   parties' participation in the early settlement conference.  Defense counsel met with plaintiff at

25   CSP-Corcoran on July 27, 2016, regarding settlement; however, because plaintiff did not have

26   any of his medical records, the parties were unable to discuss potential settlement options.  The

27   parties agreed that defense counsel would prepare an authorization form to be signed by plaintiff

28   to authorize the CDCR to release the medical records to defense counsel, and in turn, defense

1  counsel will provide plaintiff with free copies of such records.  Following receipt of the records,

2  the parties require additional time to review the records and determine whether a settlement

3  conference will be helpful.  Accordingly, the parties request an additional 90 days in which to

4  obtain and review the medical records and to advise the court on the viability of an early

5  settlement conference.  In addition, the parties request that the stay remain in effect with the

6  exception of obtaining and producing the medical records.

7       Good cause appearing, IT IS HEREBY ORDERED that:

8       1.  Defendants' motion for an extension of time (ECF No. 25) is partially granted;

9       2.  The parties are granted an additional 80 days in which to obtain and review plaintiff's

10  medical records; on or before 85 days from the date of this order, the assigned Deputy Attorney

11  General shall contact Matt Caspar, Courtroom Deputy, at (916) 930-4187, to schedule the

12  settlement conference, or file a request to opt out of the pilot project, consistent with this court's

13  June 27, 2016 order (ECF No. 21 at 2); and

14       3.  The stay of this action is extended for an additional 90 days from the date of this order.

15  Dated:  August 3, 2016

16

17                  KENDALL J. NEWMAN
       /gome2523.eot.adr                UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28