UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXIS RENE GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>D. BRAUN, et al.,<br><br>    Defendants. | No. 2:15-cv-2523 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. On July 19, 2018, the undersigned recommended that defendants' motion for summary judgment be granted. On September 17, 2018, the undersigned denied plaintiff's motion to amend his pleading. However, on the same day, plaintiff's amended motion to amend, received on September 14, 2018, was entered on the court's docket. Upon review of the amended motion, the undersigned finds that the amended motion to amend is denied for the same reasons set forth in the September 17, 2018 order. Given plaintiff's delay and lack of diligence, it is inappropriate to vacate the underlying dispositive motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff's amended motion to amend (ECF No. 59) is denied as untimely.

Dated: September 26, 2018

gome2523.mta2

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE